AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Forest Laboratories and Forest Pharmaceuticals Inc.
was received by me on *(date)* 11/02/2012.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Gary D. Friedman, who is designated by law to accept service of process on behalf of *(name of organization)* Forest Laboratories and Forest Pharmaceuticals Inc. on *(date)* 11/02/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/02/2012

*Server's signature*

Lubna Alam, Attorney at Sanford Heisler, LLP
*Printed name and title*

Sanford Heisler, LLP
1666 Connecticut Ave, Suite 300
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc: