UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN BARRETT, LINDSEY HOUSER, JENNIFER JONES, JENNIFER SEARD, KIMBERLY CLINTON, ERIN ECKENRODE, JULIE SMYTH, MARIE AVILA, CHRISTY LOWDER and TRACY LE individually and on behalf of a class of similarly situated female employees,<br><br>Plaintiffs,<br><br>-- against --<br><br><br>FOREST LABORATORIES, INC. and FOREST PHARMACEUTICALS, INC.<br><br>Defendants. | Civil Action No. 1:12-cv-05224 (RA) (GWG)<br><br><br><br>NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT |

**PLEASE TAKE NOTICE** that Plaintiffs Marie Avila, Megan Barrett, Kimberly Clinton, Erin Eckenrode, Lindsey Houser, Jennifer Jones, Tracy Le, Christy Lowder, Jennifer Seard, and Julie Smyth hereby move for an order granting their Motion for Preliminary Approval of the Class Settlement.

Submitted in support of the Motion are Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of the Class Settlement, the Declarations of Deborah K. Marcuse and David W. Sanford in Support of the Motion for Preliminary Approval of the Class Settlement, and a [Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of the Class Settlement.

Date: October 6, 2017

Respectfully Submitted,

/s/ Deborah K. Marcuse
Deborah K. Marcuse
**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
429 Fourth Avenue, Suite 1300
Pittsburgh, PA 15219

Tel: (412) 281-8400
Fax: (412) 281-1007
dmarcuse@fdpklaw.com

David W. Sanford (*Pro Hac Vice*)
Jeremy Heisler
Michael Palmer
David Tracey
Melinda Koster (*Pro Hac Vice*)
Nicole Wiitala
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, Suite 3100
New York, NY 10019
Tel: (646) 402-5650
Fax: (646) 402-5651
dsanford@sanfordheisler.com
jheisler@sanfordheisler.com
mpalmer@sanfordheisler.com
dtracey@sanfordheisler.com
mkoster@sanfordheisler.com
nwiitala@sanfordheisler.com

Thomas Henderson (*Pro Hac Vice*)
**SANFORD HEISLER SHARP, LLP**
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Tel: (202) 499-5201
Fax: (202) 499-5199
thenderson@sanfordheisler.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2017, true and correct copies of the foregoing documents were served upon all counsel of record via ECF.

       /s/ Deborah K. Marcuse
Deborah K. Marcuse